### PARSONS, SHERIFF, v. WHETMORE.

Money for the support of prisoners who have taken the insolvent debtor's oath, is to be lodged with the gaoler.

ACTION on bond; conditioned that Jeremiah Whetmore who was in prison for debt on an execution should abide a true and faithful prisoner; alleging that on the 16th of May he made his escape, etc.

Plea in bar — That on the 18th of April said Jeremiah took the oath provided for poor debtors; and on the 20th his weekly allowance was set by the court at five shillings and six pence per week, and that the creditor in said execution, did not pay to him said weekly allowance after the 27th of said April, nor any part thereof, except five shillings and six pence on the 9th of said May, and thereupon said Jeremiah on said 16th of May, was not liable to be holden in prison.

Plaintiff replied — That on the 22d of said April he furnished the gaoler with £3 lawful money, to defray said Jeremiah's weekly allowance, as the same should become due: And that said Jeremiah had received before said 16th of May his weekly allowance, as the same became due to said 16th, inclusively. Special demurrer.

Judgment — That the plaintiff's reply is sufficient.

The principal question made in this case, was — To whom the allowance ought to be paid by the creditor — to the gaoler or the prisoner.

The statute is, that the keeper of the prison, shall not stand charged with the supply of victuals or other necessaries, of

any person committed to prison in any civil matter or action; and in case he hath no estate, and will and do take the oath provided by law; the keeper of the prison shall not stand charged with such prisoner, unless the creditor shall allow him a weekly maintenance, such as shall be allowed by the County Court. The gaoler is the person with whom the weekly allowance is to be lodged; and thereupon he becomes chargeable to the creditor, for the safe-keeping of such prisoner, and accountable to the prisoner for his support; and that at the time of the prisoner's escaping there was a sufficiency of money lodged for his support with the gaoler.